No. 94–626. Baker *v.* Bennett et al. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–632. Maurice Sporting Goods, Inc. *v.* Maxway Corp. et al. C. A. 4th Cir. Certiorari denied.

No. 94–633. Bell *v.* Supermarkets General Corp., t/a Pathmark. C. A. 3d Cir. Certiorari denied. 27 F. 3d 555.

No. 94–635. Carpenters Health and Welfare Trust Fund for California et al. *v.* Tri-Capital Corp. et al. C. A. 9th Cir. Certiorari denied.

No. 94–640. Scanlon *v.* State Bar of Georgia. Sup. Ct. Ga. Certiorari denied.

No. 94–643. McLaren *v.* Harlan. Ct. App. Wash. Certiorari denied.

No. 94–646. Ritter, Bankruptcy Trustee, Substitute for Condrey *v.* Howard et al. C. A. 5th Cir. Certiorari denied.

No. 94–651. Exportadora de Sal, S. A. de C. V. *v.* Sugimoto et al. C. A. 9th Cir. Certiorari denied.

No. 94–658. Hodge et al. *v.* Jones et al. C. A. 4th Cir. Certiorari denied.

No. 94–659. D. G. *v.* T. M. N. et al. Ct. App. Kan. Certiorari denied.

No. 94–667. McLenagan *v.* Karnes et al. C. A. 4th Cir. Certiorari denied.

No. 94–668. Mendenhall et al. *v.* Astec Industries, Inc., et al. C. A. Fed. Cir. Certiorari denied.

No. 94–669. Badarayan *v.* Drake et al. C. A. 4th Cir. Certiorari denied.